In the Matter of the Claim of LARNEY WERNER, Respondent, against PSATY & FUHRMAN, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued October 6, 1942; decided October 29, 1942.

*George J. Hayes* and *William F. O'Rourke* for appellants.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.